Printed: 03/19/10 10:05 AM                                                                                                      Page: 1

# Claims Distribution Small Checks

**Trustee: William J. Leberman (520180)**

**Case: 09-30017 - BORZUMATE, COSIMO M.**

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200224173467 | 10108 | 03/19/10 | 4U-2 | 05/07/09 | 610 | Payee: U.S. Bankruptcy Court<br>Internal Revenue Service<br>130 South Elmwood Avenue<br>Attn: Insolvency Unit Second Flr<br>Buffalo, NY 14202 | 475.26 | 475.26 | 5.00 | 1.33 |
| | | | 8 | 05/11/09 | 610 | North Star Capital Acquisition, LLCVS<br>170 Northpointe Pkwy 300<br>Buffalo, NY 14227 | 1,463.00 | 1,463.00 | 15.38 | 4.08 |

Check Amount: $5.41

(*) Denotes objection to Amount Filed

Handwritten: Rec'd $5.41 3-22-10 LM

FILED MAR 22 2010 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY